JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOSES LAPIR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. C16-940-RSL

(~~PROPOSED~~) ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND WITHDRAWAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255

Good cause being shown, Petitioner's request to withdraw his § 2255 Motion and Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 15th day of March, 2017.

                                          /s/ Robert S. Lasnik
                                          ROBERT S. LASNIK
                                          UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Moses Lapir

ORDER FOR VOLUNTARY DISMISSAL
AND WITHDRAWAL OF § 2255 MOTION
(*Moses Lapir*, No. C16-940-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100